UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE CLARITT, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:20-0544 |
| v. | : | (JUDGE MANNION) |
| CORRECT CARE SOLUTIONS, | : | |
| Defendant | : | |

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The motion to dismiss, filed on behalf of Defendant, Correct Care Solutions, LLC  (Doc. 6) is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:**  February 19, 2021
20-0544-01-ORDER