UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE CLARITT, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:20-0544 |
| v. | : | (JUDGE MANNION) |
| CORRECT CARE SOLUTIONS, | : | |
| Defendants | : | |

### ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT** Petitioner's motion for reconsideration (Doc. 18) is **DENIED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: January 31, 2022**
20-0544-02-ORDER